<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7304**

---

SHAHEED MOSIAH SHABAZZ,

Plaintiff - Appellant,

versus

PATRICK CONROY; JOHN ASHBY,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-02-3001-1)

---

Submitted: December 11, 2003          Decided: December 22, 2003

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Shaheed Mosiah Shabazz, Appellant Pro Se. Sharon Stanley Street, Assistant Attorney General, Joseph A. Curran, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shaheed Shabazz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Shabazz v. Conroy</u>, No. CA-02-3001-1 (D. Md. July 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>